**Candelaria Gonzalez MIGUEL, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

**No. 02–71385.**
**Agency No. A70–786–202.**

United States Court of Appeals,
Ninth Circuit.

---

of this circuit except as provided by Ninth Circuit Rule 36–3.

Argued and Submitted July 16, 2003.*

Decided Aug. 27, 2003.

Jesse A. Moorman, Judith L. Wood, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Los Angeles District Counsel, Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Linda S. Wendtland, Norah Ascoli Schwarz, DOJ—U.S. Department of Justice, Michelle R. Slack, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before NOONAN, KLEINFELD, and WARDLAW, Circuit Judges.

### MEMORANDUM**

Gonzalez Miguel admits she received notice of the hearing she missed. We are compelled under the language of the statute to conclude that confusion about the date does not constitute "exceptional circumstances" under 8 U.S.C. § 1229a(e)(1).[1] *Singh v. INS* is distinguishable because there the alien was concededly eligible for adjustment of status.[2] The BIA rejected the Convention Against Torture claim on the basis it was abandoned when Gonzalez Miguel missed her hearing. She does not address this issue on appeal, and so it is waived.[3] The Nicaraguan Adjustment and Central American Relief Act of 1997[4] is not constitutionally infirm.[5]

AFFIRMED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. *See Sharma v. INS*, 89 F.3d 545 (9th Cir. 1996).

2. 295 F.3d 1037, 1039 (9th Cir.2002).

3. *Martinez–Serrano v. INS*, 94 F.3d 1256, 1259 (9th Cir.1996).

4. Pub.L. 105–100, as amended by Pub.L. 105–139.

5. *See Jimenez–Angeles v. Ashcroft*, 291 F.3d 594 (9th Cir.2002), *Ram v. INS*, 243 F.3d 510 (9th Cir.2001).